JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILLA HUML, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERVIS ONE, INC., a Delaware corporation, authorized to do business California, doing business as BSI FINANCIAL SERVICES; WILMINGTON SAVINGS FUND SOCIETY, FSB, a Delaware corporation, doing business, but not authorized to do business, as CHRISTINA TRUST, in California, as Trustee, for BROUGHAM FUND I TRUST, an unknown entity, ZIEVE, BRODOX & STEELE, LLP, a California Limited Partnership; WELLS FARGO BANK, N.A., S/B/M WACHOVIA MORTGAGE, FSB F/K/A WORLD SAVINGS BANK, FSB; WELLS FARGO BANK SOUTH CENTRAL, N.A.; and DOES 1 through 10, inclusive<br>　　　　Defendants. | CASE NO.: 8:20-cv-00489-DOC-KES<br><br>*[Assigned to the Hon. David O. Carter]*<br><br>**JOINT JUDGMENT AS TO SERVIS ONE, INC. DOING BUSINESS AS BSI FINANCIAL SERVICES, WELLS FARGO BANK, N.A., S/B/M WACHOVIA MORTGAGE, FSB F/K/A WORLD SAVINGS BANK, FSB, AND WELLS FARGO BANK SOUTH CENTRAL, N.A.** |

　　This action was initially filed on April 8, 2019 in the Superior Court of the State of California for the County of Orange ("State Court") as Case No. 30-2019-01062402-CU-OR-CJC.

　　1.　　On January 22, 2020, the State Court sustained demurrers to the First Amended Complaint without leave to amend as to the following causes of action against defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank,

FSB and Wells Fargo Bank South Central, N.A. (collectively "Wells Fargo") that were alleged in the First Amended Complaint:

    a. Second cause of action for violation of 12 C.F.R. § 1024.17 and § 1024.17(f) and (i), violation of Regulation X, misappropriation of escrow funds; failure to provide annual escrow disclosure statements lender failure to provide annual escrow funds statement; and

    b. Third cause of action for violation of 12 C.F.R. § 1014.14 lender failure to prohibit kickbacks and unearned fees.

2. On March 1, 2020, defendant Servis One, Inc. dba BSI Financial Services ("BSI") removed the case to federal court. (Dkt. 1).

3. On May 18, 2020, the Court granted Wells Fargo's motion to dismiss the Second Amended Complaint under Fed. R. Civ. P. 12(b)(6) and dismissed the following causes of action against Wells Fargo with prejudice (Dkt. 28):

    a. First cause of action for violation of 12 C.F.R. § 1026.39 (for lender failure to provide proper mortgage transfer disclosures);

    b. Third cause of action for invalid assignment of the deed of trust;

    c. Fifth cause of action for gross negligence;

    d. Sixth cause of action for negligence; and

    e. Seventh cause of action for an accounting.

4. On August 7, 2020, the Court granted Wells Fargo's motion to dismiss the Third Amended Complaint under Fed. R. Civ. P. 12(b)(6) and dismissed the following cause of action against Wells Fargo with prejudice (Dkt. 51): Second cause of action for fraud and fraud in the inducement.

5. On January 29, 2021, the Court granted Wells Fargo's motion for judgment on the pleadings and granted BSI's motion to join Wells Fargo's motion. (Dkt. 84). The Court found judgment on the pleadings for Wells Fargo and BSI and ruled:

   a. Wells Fargo is entitled to judgment on the third cause of action against Wells Fargo for violation of 12 C.F.R. § 1024.33(c);

   b. BSI is entitled to judgment on the first cause of action against BSI for violation of § 1026.39, provision of Regulation X under the Truth in Lending Act;

   c. BSI is entitled to judgment on the fourth cause of action against BSI for negligence;

   d. BSI is entitled to judgment on the fifth cause of action against BSI for an accounting;

   e. BSI is entitled to judgment on the sixth cause of action against BSI for violation of Civil Code § 2923.5;

   f. BSI is entitled to judgment on the seventh cause of action against BSI for violation of Civil Code § 2923.7;

   g. BSI is entitled to judgment on the eighth cause of action against BSI for violation of Civil Code § 2924.11;

   h. BSI is entitled to judgment on the ninth cause of action against BSI for breach of the implied covenant of good faith and fair dealing in the Loan agreement; and

   i. BSI is entitled to judgment on the tenth cause of action for violations of §§ 17200 and 17500 of the California Business & Professions Code.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment is entered in favor of Wells Fargo and BSI against plaintiff Rilla Huml.

2. This action is dismissed with prejudice as to BSI and Wells Fargo.

SO ORDERED.

DATED: September 10, 2021    *David O. Carter*
                              HON. DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE

Pursuant to the Court's order, this judgment is jointly submitted by:

Dated: February 5, 2021    ANGLIN FLEWELLING & RASMUSSEN LLP

By: */s/ Leigh O. Curran*
    Leigh O. Curran
    Attorneys for Defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB and WELLS FARGO BANK SOUTH CENTRAL, N.A.

Dated: February 5, 2021    BLANK ROME LLP

By: */s/ Nicole Bartz Metral*
    Cheryl S. Chang
    Nicole Bartz Metral
    Jessica McElroy
    Erika Schulz
    Attorneys for Defendant SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                                            ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 301 North Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served the foregoing document(s) described as: **JOINT [PROPOSED] JUDGMENT AS TO SERVIS ONE, INC. DOING BUSINESS AS BSI FINANCIAL SERVICES, WELLS FARGO BANK, N.A., S/B/M WACHOVIA MORTGAGE, FSB F/K/A WORLD SAVINGS BANK, FSB, AND WELLS FARGO BANK SOUTH CENTRAL, N.A.** on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Plaintiff, In Pro Per*<br>*Rilla Huml*<br><br>Rilla Huml<br>25 Medici<br>Aliso Viejo, CA  92656<br><br>Tel.: 949-933-7075<br>Email: dreamlife7@att.net | *Attorneys for Defendant*<br>*Servis One Inc.*<br><br>Nicole Metral, Esq.<br>Cheryl S. Chang, Esq.<br>Christine Lee, Esq.<br>Erika Schulz, Esq.<br>BLANK ROME LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA  90067<br>Email:  chang@blankrome.com<br>eschulz@blankrome.com<br>Tel.: 424-239-3400 | Fax: 424-239-3434 |
|---|---|
| *Attorneys for Defendant ZBS Law, LLP.*<br><br>Bradford E. Klein, Esq.<br>ZBS LAW, LLP.<br>30 Corporate Park, Suite 450<br>Irvine, CA  92606<br>Email:  bklein@zbslaw.com<br>Tel:  714-848-7920<br>Fax: 714-908-2615 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on February   , 2021.

Carol Leach                                                              _____
(Type or Print Name)                                              (Signature of Declarant)

94000/HR1630/02519478-3